## LEROY H. DEARHOLT *v.* MYRTLE HUBBEL DEARHOLT

[No. 36, October Term, 1938.]

*Decided November 16th, 1938.*

The cause was argued before BOND, C. J., URNER, OF-FUTT, PARKE, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Simon Silverberg,* with whom were *Silverberg & Silverberg* and *Ginsberg & Ginsberg* on the brief, for the appellant.

*Philander B. Briscoe,* with whom were *Briscoe & Jones* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.